IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KELLY RAY HOLLIS, III                                               PLAINTIFF

v.                             No. 4:24-cv-669-DPM

DEFENSE ADVANCED RESEARCH
PROJECTS AGENCY; MERRICK
GARLAND, U.S. Attorney General;
and JONATHAN D. ROSS, U.S. Attorney,
Eastern District of Arkansas                                        DEFENDANTS

## JUDGMENT

Hollis's complaint is dismissed without prejudice.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

8 October 2024